**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| STANISLAUS FARM SUPPLY, | 09-CV-01413-OWW-DLB |
|---|---|
| Plaintiff, | ORDER RE: REMAND |
| v. | |
| MARK BRADY, | |
| Defendant. | |
| ─────────────────────────── | |
| MARK BRADY, | |
| Counter-Claimant | |
| v. | |
| STANISLAUS FARM SUPPLY, | |
| Counter-Defendant. | |

In an order dated November 5, 2009, Plaintiff Stanislaus Farm Supply ("SFS"), the removing party, was ordered to show cause, in writing, by November 12, 2009, why this case should not be remanded to the state court for lack of jurisdiction. (*See* Doc. 12 at 6.) Any opposition was due by November 19, 2009.

On November 17, 2009, SFS filed a statement of non-opposition to the order to show cause in which SFS states that it is "not challenging" the order. (Doc. 13 at 2.)  On the same date, Defendant Mark Brady ("Brady"), pro se, filed a written submission entitled "Opposition To Plaintiff's Order To Show Cause." (Doc. 15.)  Despite the title of his submission, Brady raises no objection to a remand of the case and "concludes that the court's ruling to VACATE stands." (*Id.* at 1.)

For the reasons stated in the November 5, 2009, order, subject

1

**matter jurisdiction is lacking and this case is remanded to the Stanislaus County Superior Court.**

**Within five (5) days of electronic service of this order, SFS shall submit a proposed order remanding this case to the Stanislaus County Superior Court.**

**The Initial Scheduling Conference set for January 6, 2010, is VACATED.**

IT IS SO ORDERED.

**Dated:  November 25, 2009**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE