ROBERT M. PATTISON (State Bar No. 103528)
REBECCA BENHURI (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone     415.394.9400
Facsimile:     415.394.9401
E-mail:        pattisonr@jacksonlewis.com
               benhurir@jacksonlewis.com


FREDERICK W. SMITH, JR.  (State Bar No.  104913)
ANDREA SESSIONS (State Bar No. 241224)
LAW OFFICES OF FREDRICK W. SMITH, JR.
1455 East G. Street, Suite B
P.O. Box 11690
Oakdale, CA 95361
Telephone:    209.847.3200
Facsimile:    209.847.7083


Attorneys for Plaintiff and Counter-Defendant
STANISLAUS FARM SUPPLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAUS FARM SUPPLY,<br><br>   Plaintiff,<br><br> v.<br><br>MARK BRADY,<br><br>   Defendants.<br><br>MARK BRADY,<br><br>   Cross-Complainant,<br><br> v.<br><br>STANISLAUS FARM SUPPLY,<br><br>   Cross-Defendant. | No. 1:09-CV-01413-OWW-DLB<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br><br>Removal Filed:  August 12, 2009 |

1

CERTIFICATE OF SERVICE

Case No. 1:09-CV-01413-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

On August 12, 2009, Plaintiff and Cross-Defendant STANISLAUS FARM SUPPLY ("SFS") filed a Notice of Removal from the Superior Court of California, Stanislaus County to the U.S. District Court for the Eastern District of California.  (Doc. 1) In an order dated November 5, 2009, Plaintiff Stanislaus Farm Supply ("SFS"), the removing party, was ordered to show cause, in writing, by November 12, 2009, why this case should not be remanded to the state court for lack of jurisdiction. (Doc. 12)

On November 17, 2009, SFS filed a statement of non-opposition to the order to show cause in which SFS states that it is "not challenging" the order.  (Doc. 13) On the same date, Defendant Mark Brady ("Brady"), pro se, filed a written submission entitled "Opposition To Plaintiff's Order To Show Cause."  (Doc. 15) Despite the title of his submission, Brady raises no objection to a remand of the case and "concludes that the court's ruling to VACATE stands." (Id.)

For the reasons stated in the November 5, 2009 order, subject matter jurisdiction is lacking and this case is remanded to the Superior Court of California, Stanislaus County, Case No. 640302.

The Initial Scheduling Conference set for January 6, 2010, is VACATED.

IT IS SO ORDERED.


Dated: December 7, 2009          /s/ OLIVER W. WANGER
                                 Hon. Oliver W. Wanger
                                 United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com